Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile  (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Cecil Shaw

GARRETT R. WYNNE, CASB No. 220665
JENNIFER M. PORTER, CASB No. 261508
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California 94133
Telephone: (415) 398-6000
Facsimile: (415) 981-0136

Attorneys for Defendants
CST CALIFORNIA STATIONS, INC., dba CORNER STORE #3074; VALERO CALIFORNIA RETAIL COMPANY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CECIL SHAW, | ) No. 1:14-cv-00699 --- JLT |
| Plaintiff, | ) |
| vs. | ) **STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE TO ALLOW PARTIES TO EXHAUST SETTLEMENT EFFORTS; ORDER** |
| CST CALIFORNIA STATIONS, INC., dba CORNER STORE #3074; VALERO CALIFORNIA RETAIL COMPANY; | ) |
| Defendants. | ) **(Doc. 11)** |

1  **WHEREAS**, a scheduling conference in this matter is currently set for August 25, 2014;

2  **WHEREAS**, counsel for plaintiff, Cecil Shaw ("Plaintiff"), has a scheduling conflict on August 25, 2014 at 8:30 a.m. and must appear on two separate matters in the Central District at the same time;

3  **WHEREAS**, Plaintiff and defendants, CST California Stations, Inc. and Valero California Retail Company (collectively "Defendants," and together with Plaintiff, "the Parties") are engaged in productive and meaningful settlement discussions and would like to exhaust such efforts prior to incurring the fees required to prepare the joint scheduling report and participate in the scheduling conference, as well as conserve valuable court resources;

4  **WHEREAS**, the Parties anticipate that they will have had an opportunity to fully explore (informally) settlement by September 26, 2014, and that if a settlement cannot be reached by said date, the scheduling conference should take place and a scheduling order issued;

5  **NOW, THEREFORE**, the Parties hereby stipulate that the Mandatory Scheduling Conference currently set for August 25, 2014 be continued to a date after September 26, 2014 at the Court's convenience. The Parties further stipulate that they will participate in the Scheduling Conference telephonically via CourtCall.

**IT IS SO STIPULATED.**

Dated: August 13, 2014                    MOORE LAW FIRM, P.C.

　　　　　　　　　　　　　　　　　　　　 */s/ Tanya E. Moore*
　　　　　　　　　　　　　　　　　　　　 Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　 Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　 Cecil Shaw

　　　　　　　　　　　　　　　　　　　　 */s/ Jennifer M. Porter*
　　　　　　　　　　　　　　　　　　　　 GARRETT R. WYNNE
　　　　　　　　　　　　　　　　　　　　 JENNIFER M. PORTER
　　　　　　　　　　　　　　　　　　　　 KEESAL, YOUNG & LOGAN
　　　　　　　　　　　　　　　　　　　　 Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　 CST CALIFORNIA STATIONS, INC.,
　　　　　　　　　　　　　　　　　　　　 dba CORNER STORE #3074; VALERO
　　　　　　　　　　　　　　　　　　　　 CALIFORNIA RETAIL COMPANY

**ORDER**

The parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the Status Conference re: Consent/Mandatory Scheduling Conference[1] currently set for August 25, 2014 be continued to September 29, 2014 at 9:00 a.m.

All other provisions of the Order Setting Mandatory Scheduling Conference (Doc. 4) apply, including that counsel may appear via CourtCall are authorized.

IT IS SO ORDERED.

Dated:   **August 13, 2014**                             **/s/ Jennifer L. Thurston**
                                                                          UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel are advised that the conference on September 29, 2014 will address only the issue of magistrate judge consent unless full consent is obtained before that date or at the hearing.  If full consent is not received, a District Judge in Sacramento will be assigned and then will determine whether a further scheduling conference will occur or whether the matter will be scheduled based upon the information contained in the joint scheduling conference report filed in advance of the September hearing.

STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER