Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile  (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Cecil Shaw

GARRETT R. WYNNE, CASB No. 220665
JENNIFER M. PORTER, CASB No. 261508
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California 94133
Telephone: (415) 398-6000
Facsimile: (415) 981-0136

Attorneys for Defendants
CST CALIFORNIA STATIONS, INC., dba CORNER STORE #3074; VALERO CALIFORNIA RETAIL COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CST CALIFORNIA STATIONS, INC., dba CORNER STORE #3074; VALERO CALIFORNIA RETAIL COMPANY;<br><br>　　　　Defendants. | No.  1:14-cv-00699-JLT<br><br>**SECOND STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE TO ALLOW PARTIES TO EXHAUST SETTLEMENT EFFORTS; ORDER**<br><br>**(Doc. 13)** |

1    **WHEREAS**, a scheduling conference in this matter is currently set for September 29, 2014;

3    **WHEREAS**, Plaintiff, Cecil Shaw ("Plaintiff"), and defendants, CST California Stations, Inc. and Valero California Retail Company (collectively "Defendants," and together with Plaintiff, "the Parties") are engaged in productive and meaningful settlement discussions and have already agreed reached a tentative agreement on Plaintiff's equitable claims pending a resolution of his damages' claim;

8    **WHEREAS**, the Parties would like the opportunity to complete the ongoing negotiations prior to incurring the fees required to prepare the joint scheduling report and participate in the scheduling conference, as well as conserve valuable court resources;

11    **WHEREAS**, the Parties request another thirty (30) days to complete the ongoing settlement negotiations, and that if a settlement cannot be reached by said date, the scheduling conference should take place and a scheduling order issued;

14    **NOW, THEREFORE**, the Parties hereby stipulate that the Mandatory Scheduling Conference currently set for September 29, 2014 be continued to a date after October 27, 2014 at the Court's convenience. The Parties further stipulate that they will participate in the Scheduling Conference telephonically via CourtCall.

**IT IS SO STIPULATED.**

Dated:  September 22, 2014            MOORE LAW FIRM, P.C.

                                             /s/ Tanya E. Moore  
                                             Tanya E. Moore  
                                             Attorneys for Plaintiff  
                                             Cecil Shaw

                                             /s/ Jennifer M. Porter  
                                             GARRETT R. WYNNE  
                                             JENNIFER M. PORTER  
                                             KEESAL, YOUNG & LOGAN  
                                             Attorneys for Defendants  
                                             CST CALIFORNIA STATIONS, INC.,  
                                             dba CORNER STORE #3074; VALERO  
                                             CALIFORNIA RETAIL COMPANY

SECOND STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER

# ORDER

The parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the Status Conference re: Consent/[1]Mandatory Scheduling Conference currently set for September 29, 2014 be continued to November 10, 2014 at 8:30 a.m. in the Bakersfield Courthouse located at 510 - 19th Street, Suite 200, Bakersfield, California, before the Honorable Jennifer L. Thurston.  The parties are directed to file their joint scheduling report no later than November 3, 2014.

**IT IS FURTHER ORDERED** that the parties may appear telephonically at the scheduling conference by arranging their appearances through CourtCall and emailing chambers the CourtCall information and confirmation.  The parties shall indicate on the face page of their joint scheduling report that appearances shall be made telephonically.

IT IS SO ORDERED.

Dated:  **September 22, 2014**          **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] Unless the parties consent to magistrate judge jurisdiction before the hearing, the hearing on November 10, 2014 will be to provide the parties additional information to assist them in assessing whether consent makes sense for their case.  If there is consent, the case will be scheduled at that time.

SECOND STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER