```
 1  Tanya E. Moore, SBN 206683
    MOORE LAW FIRM, P.C.
 2  332 North Second Street
    San Jose, California  95112
 3  Telephone (408) 298-2000
    Facsimile (408) 298-6046
 4  Email:  tanya@moorelawfirm.com

 5  Attorneys for Plaintiff
    Cecil Shaw
 6
 7
 8                  UNITED STATES DISTRICT COURT
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11
12  CECIL SHAW,                    )   No.  1:14-cv-00699---JLT
                                   )
13            Plaintiff,           )   STIPULATION FOR DISMISSAL OF
                                   )   ACTION; [PROPOSED] ORDER
14       vs.                       )
                                   )
15  CST CALIFORNIA STATIONS, INC., dba )
    CORNER STORE #3074, et al.,    )
16                                 )
                                   )
17            Defendants.          )
18
```

IT IS HEREBY STIPULATED by and between Plaintiff Cecil Shaw and Defendants CST California Stations, Inc., dba Corner Store #3074; and Valero California Retail Company, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs. The parties hereby consent to jurisdiction of United States Magistrate Judge Jennifer L. Thurston for the limited purpose of dismissal of the action.

Date: October 23, 2014                    MOORE LAW FIRM, P.C.


                                          /s/ Tanya E. Moore
                                          Tanya E. Moore
                                          Attorneys for Plaintiff
                                          Cecil Shaw

                                          KEESAL, YOUNG & LOGAN


                                          /s/ Jennifer  M. Porter
                                          GARRETT R. WYNNE
                                          JENNIFER M. PORTER
                                          Attorneys for Defendants
                                          CST California Stations, Inc., dba Corner Store
                                          #3074; and Valero California Retail Company


**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.


**IT IS SO ORDERED**.

Dated: October 25, 2014                   /s/  Jennifer L/ Thurston
                                          United States Magistrate Judge